**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol E. Whitney, | No. CV-11-2256-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Dismiss. (Doc. 125.)

Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims with all parties to bear their respective costs and attorneys' fees.

DATED this 21st day of March, 2014.

Stephen M. McNamee
Senior United States District Judge